**EXHIBIT 2**

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 437880
007700.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

January 31, 2012



Chios Enterprises, LLC
Attn: Ioulia Thomas
15362 Lincolnshire Lane
Fraser, MI 48026

Re: Johnnie Lee Carter Litigation

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 12/01/11 | MRA | Prepare e-mail to Johnnie Carter re outstanding discovery; work on case strategy and analysis of motion to stay discovery; review and report on Plaintiff's amended complaint and disclosure to the Attorney General's Office. | 1.50 |
| 12/01/11 | NDD | Amended complaint and motion to dismiss reviewed by Mr. Dupes. | 0.25 |
| 12/02/11 | MRA | Preparation by Ms. Rouse-Ayoub of letter to John Carter re Rule 26 scheduling conference; telephone conference between Ms. Rouse-Ayoub and court re motion for protective order; develop strategy for Motion for Protective Order. | 0.63 |
| 12/02/11 | NDD | Motion for protective order and proposed order drafted by Mr. Dupes. | 3.38 |
| 12/03/11 | MRA | Receipt and review of Plaintiff's motion to remand and discovery request, and research re the rule of unanimity. | 0.38 |
| 12/04/11 | MRA | Research re Michigan Medicare False Claims Act statute in response to Plaintiff's motion to remand. | 0.63 |

|  |  |  | HOURS |
|---|---|---|---|
| 12/05/11 | MRA | Telephone conference with Joe Langlois re motion to remand, and work on motion for protective order. | 1.50 |
| 12/06/11 | MRA | Work on motion for protective order and response to motion for remand. | 0.75 |
| 12/07/11 | MRA | Finalize motion for protective order. | 1.00 |
| 12/08/11 | MRA | review Plaintiff's court filings re default judgment against Jasmine Jones and Dominique Thomas. | 0.38 |
| 12/11/11 | MRA | Review and analysis of Plaintiff's brief response to motion to dismiss and motion for protective order. | 0.63 |
| 12/12/11 | MRA | Telephone conference with Court re status of Defendants' motion for protective order; telephone conference with Julie Thomas re hearing on Defendants' motion for protective order; review and strategy re Plaintiff's motion to remand and review Plaintiff's response to motion to dismiss. | 1.25 |
| 12/12/11 | NDD | Research by Mr. Dupes and review of cases in preparation for response to motion to remand. | 0.50 |
| 12/13/11 | NDD | Response to motion for remand drafted and revised by Mr. Dupes. | 2.00 |
| 12/14/11 | MRA | Work on response to motion to remand, and review state court filings. | 1.75 |

|  |  |  | HOURS |
|---|---|---|---|
| 12/15/11 | MRA | Work on reply brief re motion to dismiss; and research re process server Woodrow Myree; prepare e-mail to clients re status of motion for protective order, and prepare for same. | 3.00 |
| 12/16/11 | MRA | Prepare for and attend motion for protective order, and report on same to client. | 1.50 |
| 12/17/11 | MRA | Work on reply brief in surrport of motion to dismiss. | 1.50 |
| 12/18/11 | MRA | Review Plaintiff's voluntary dismissal, and research re dismissal without prejudice. | 0.38 |
| 12/19/11 | MRA | Review Plaintiff's response to motion to dismiss. | 0.25 |
| 12/19/11 | NDD | Research and motion to strike notice of voluntary dismissal by Mr. Dupes. | 1.50 |
| 12/20/11 | MRA | Work on response to motion to remand, and file same, and work on objection to Plaintiff's voluntary dismissal without prejudice, and file same with Court. | 2.00 |
| 12/21/11 | MRA | Telephone conference with Jamal Bazzi re Plaintiff's motion to strike Defendants' brief re objection to dismissal of claims without prejudice. | 0.50 |
| 12/22/11 | MRA | Finalize reply brief in support of motion to support dismissal of Plaintiff's claims, and file same with court. | 1.00 |
| 12/27/11 | MRA | Work on briefs in response to Plaintiff's motion to seal the second amended complaint and Plaintiff's motion to strike non-party's response to motion to remand. | 1.13 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/29/11 | MRA | Work on responses to Plaintiff's motion to strike Subway's briefs as a non-party to the litigation. | 0.50 |  |
| 12/30/11 | MRA | Work on response to Plaintiff's motion to strike Subway's response to motion to remand and response to Plaintiff's motion to seal second amended complaint. | 1.00 |  |

|  |  |  |
|---|---|---|
| Total Hours & Fees | 35.96 | $ 9,323.75 |
| Less Courtesy Discount |  | $ -2,330.94 |
| Total Fees with Courtesy Discount |  | $ 6,992.81 |

|  |  |
|---|---|
| Westlaw Search Expense | 433.75 |
| Filing Fees | 175.00 |
| Outside Copying Expense | 8.37 |
| Photocopies | 442.10 |
| Color printing | 0.74 |
| Total Expenses | $ 1,059.96 |

|  |  |
|---|---|
| TOTAL THIS INVOICE | $ 8,052.77 |
| Unpaid Invoices | $ 6,049.18 |
| TOTAL AMOUNT DUE | $ 14,101.95 |

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 437880
007700.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

January 31, 2012


**bodman**
ATTORNEYS & COUNSELORS

Chios Enterprises, LLC
Attn: Ioulia Thomas
15362 Lincolnshire Lane
Fraser, MI 48026

Re: Johnnie Lee Carter Litigation

## REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $ 9,323.75 |
| Less Courtesy Discount | $ -2,330.94 |
| Total Expenses | $ 1,059.96 |
| **TOTAL THIS INVOICE** | **$ 8,052.77** |
| Unpaid Invoices | $ 6,049.18 |
| **TOTAL AMOUNT DUE** | **$ 14,101.95** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN PLC**

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 437881
007709.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

January 31, 2012



Davision & Mound Petro, Inc.
Attn: Jamal Bazzi
5944 E. Davison
Detroit, MI 48212

Re: Johnnie Lee Carter Litigation

|  |  |  | HOURS |
|---|---|---|---|
| 12/01/11 | MRA | Prepare e-mail to Johnnie Carter re outstanding discovery; work on case strategy and analysis of motion to stay discovery; review and report on Plaintiff's amended complaint and disclosure to the Attorney General's Office. | 1.50 |
| 12/01/11 | NDD | Amended complaint and motion to dismiss reviewed by Mr. Dupes. | 0.25 |
| 12/02/11 | MRA | Preparation by Ms. Rouse-Ayoub of letter to John Carter re Rule 26 scheduling conference; telephone conference between Ms. Rouse-Ayoub and court re motion for protective order; develop strategy for Motion for Protective Order. | 0.62 |
| 12/02/11 | NDD | Motion for protective order and proposed order drafted by Mr. Dupes. | 3.37 |
| 12/03/11 | MRA | Receipt and review of Plaintiff's motion to remand and discovery request, and research re the rule of unanimity. | 0.37 |
| 12/04/11 | MRA | Research re Michigan Medicare False Claims Act statute in response to Plaintiff's motion to remand. | 0.62 |

|  |  |  | HOURS |
|---|---|---|---|
| 12/05/11 | MRA | Telephone conference with Joe Langlois re motion to remand, and work on motion for protective order. | 1.50 |
| 12/06/11 | MRA | Work on motion for protective order and response to motion for remand. | 0.75 |
| 12/07/11 | MRA | Finalize motion for protective order. | 1.00 |
| 12/08/11 | MRA | review Plaintiff's court filings re default judgment against Jasmine Jones and Dominique Thomas. | 0.37 |
| 12/11/11 | MRA | Review and analysis of Plaintiff's brief response to motion to dismiss and motion for protective order. | 0.62 |
| 12/12/11 | MRA | Telephone conference with Court re status of Defendants' motion for protective order; telephone conference with Julie Thomas re hearing on Defendants' motion for protective order; review and strategy re Plaintiff's motion to remand and review Plaintiff's response to motion to dismiss. | 1.25 |
| 12/12/11 | NDD | Research by Mr. Dupes and review of cases in preparation for response to motion to remand. | 0.50 |
| 12/13/11 | NDD | Response to motion for remand drafted and revised by Mr. Dupes. | 2.00 |
| 12/14/11 | MRA | Work on response to motion to remand, and review state court filings. | 1.75 |

|            |     |                                                                                                                                                      | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/15/11   | MRA | Work on reply brief re motion to dismiss; and research re process server Woodrow Myree; prepare e-mail to clients re status of motion for protective order, and prepare for same. | 3.00  |
| 12/16/11   | MRA | Prepare for and attend motion for protective order, and report on same to client.                                                                    | 1.50  |
| 12/17/11   | MRA | Work on reply brief in surrport of motion to dismiss.                                                                                                | 1.50  |
| 12/18/11   | MRA | Review Plaintiff's voluntary dismissal, and research re dismissal without prejudice.                                                                 | 0.37  |
| 12/19/11   | MRA | Review Plaintiff's response to motion to dismiss.                                                                                                    | 0.25  |
| 12/19/11   | NDD | Research and motion to strike notice of voluntary dismissal by Mr. Dupes.                                                                            | 1.50  |
| 12/20/11   | MRA | Work on response to motion to remand, and file same, and work on objection to Plaintiff's voluntary dismissal without prejudice, and file same with Court. | 2.00  |
| 12/21/11   | MRA | Telephone conference with Jamal Bazzi re Plaintiff's motion to strike Defendants' brief re objection to dismissal of claims without prejudice.       | 0.50  |
| 12/22/11   | MRA | Finalize reply brief in support of motion to support dismissal of Plaintiff's claims, and file same with court.                                      | 1.00  |
| 12/27/11   | MRA | Work on briefs in response to Plaintiff's motion to seal the second amended complaint and Plaintiff's motion to strike non-party's response to motion to remand. | 1.12  |

|  |  |  |  | HOURS |
|---|---|---|---|---|
| 12/29/11 | MRA | Work on responses to Plaintiff's motion to strike Subway's briefs as a non-party to the litigation. | | 0.50 |
| 12/30/11 | MRA | Work on response to Plaintiff's motion to strike Subway's response to motion to remand and response to Plaintiff's motion to seal second amended complaint. | | 1.00 |

|  |  |  |
|---|---|---|
| Total Hours & Fees | 35.79 | $ 9,323.75 |
| Less Courtesy Discount |  | $ -2,330.94 |
| Total Fees with Courtesy Discount |  | $ 6,992.81 |

| | |
|---|---|
| Westlaw Search Expense | 433.75 |
| Filing Fees | 175.00 |
| Outside Copying Expense | 8.37 |
| Photocopies | 442.10 |
| Color printing | 0.74 |
| Total Expenses | $ 1,059.96 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 8,052.77 |
| Unpaid Invoices | $ 6,049.18 |
| TOTAL AMOUNT DUE | $ 14,101.95 |

BODMAN PLC  
6th Floor at Ford Field  
1901 St. Antoine Street  
DETROIT, MICHIGAN 48226  
313-393-7579 FAX  
313-259-7777

Inv #: 437881  
007709.000001 MRA

FEDERAL IDENTIFICATION NO.  
38-1308687

January 31, 2012



Davision & Mound Petro, Inc.  
Attn: Jamal Bazzi  
5944 E. Davison  
Detroit, MI 48212

Re: Johnnie Lee Carter Litigation

---

## REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $ 9,323.75 |
| Less Courtesy Discount | $ -2,330.94 |
| Total Expenses | $ 1,059.96 |
| **TOTAL THIS INVOICE** | **$ 8,052.77** |
| Unpaid Invoices | $ 6,049.18 |
| **TOTAL AMOUNT DUE** | **$ 14,101.95** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS  
REMITTANCE ADVICE WITH YOUR PAYMENT.  
**MAKE CHECKS PAYABLE TO BODMAN PLC**

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 433926
007700.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

December 31, 2011



Chios Enterprises, LLC
Attention: Ioulia Thomas
15362 Lincolnshire Lane
Fraser, MI 48026

Re: Johnnie Lee Carter Litigation

|  |  |  | HOURS |
|---|---|---|---|
| 11/04/11 | MRA | Work on letter to insurance carrier tender of defense and requesting defense assignment, telephone conference with Julie and Andrew Thomas re defense strategy and demand for dismissal; telephone conference with Jamal Abazzi re Jasmine LaShawn Jones. | 0.38 |
| 11/07/11 | MRA | Work on letter to Johnnie Lee Carter demanding dismissal of claims and prepare stipulated order re same. | 0.50 |
| 11/17/11 | MRA | Research False Claims Act, and work on strategy to remove to Federal Court for dismissal, and telephone conference with Julie Thomas re Mr. Carter's communications re service of process and employment of Jasmine Jones; research re Michigan detective status, and prepare e-mail to Mr. Carter. | 1.75 |

|            |     |                                                                                                                                                                                                                                                                                                 | HOURS |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/17/11   | NDD | Research re False Claims Act and removal to federal court; review of complaint by Mr. Dupes in preparation for notice of removal and motion to dismiss and work on removal and motion to dismiss.                                                                                                               | 0.75  |
| 11/18/11   | MRA | Work on removal, and telephone conference with Julie Thomas re store video and alleged communications to Subway employees.                                                                                                                                                                                      | 1.50  |
| 11/18/11   | NDD | Further work on removal under False Claims Act, general removal statute; Removal papers drafted by Mr. Dupes.                                                                                                                                                                                                   | 0.50  |
| 11/21/11   | MRA | Work on removal issues, and telephone conference with Julie Thomas re discovery request served by Johnnie Lee Carter.                                                                                                                                                                                           | 0.37  |
| 11/21/11   | NDD | Research and work on motion to dismiss by Mr. Dupes.                                                                                                                                                                                                                                                            | 1.00  |
| 11/22/11   | MRA | Finalize and file removal; review discovery documents served by Plaintiff Johnnie Lee Carter, and discuss same with Julie Thomas, and work on strategy to obtain dismissal of Plaintiff's claims and protective order to stay discovery pending court's ruling on motion to dismiss.                            | 0.75  |
| 11/23/11   | MRA | Prepare e-mail to John Carter re addresses to serve co-defendants with removal.                                                                                                                                                                                                                                 | 0.25  |
| 11/28/11   | MRA | Review answer to complaint filed by Jet's Pizza, and discuss defense strategy with Jet's Pizza attorney, Joseph Langlois, and report on same to Julie Thomas.                                                                                                                                                   | 0.37  |
| 11/28/11   | MRA | Telephone conference with Jamal Bazzi re representation of Subway Stores in response to complaint filed by Johnnie Carter; prepare joint defense agreement, and discuss pre-suit communications between Jamal Bazzi and Johnnie Carter.                                                                         | 0.63  |
| 11/28/11   | MRA | Research and work on motion to dismiss, and research regarding motion for protective order.                                                                                                                                                                                                                     | 2.00  |
| 11/28/11   | NDD | Research by Mr. Dupes re discovery stay, cause of action under IRCA, and cause of action under FICA.                                                                                                                                                                                                            | 1.75  |

|            |     |                                                                                                                                                                                                                                                 | HOURS |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/29/11   | MRA | Telephone conference with Jamal Bazzi re affidavit to support motion for summary disposition; prepare affidavits of Jamal Bazzi and Julie Thomas; secure e-mails from Mr. Bazzi for attachment to motion to dismiss, and work on motion to dismiss, | 2.50  |          |
| 11/29/11   | JAY | Review by Mr. Young of original complaint and original complaint in preparation for preparation of motion to dismiss; legal research by Mr. Young in preparation for the same; preparation by Mr. Young of brief in support of motion to dismiss. | 2.50  |          |
| 11/30/11   | MRA | Finalize motion to dismiss and file same with U.S. District Court, and review Plaintiff's Texas court filings re motion for protective order, and notify client of Mr. Carter's settlement demand. | 2.00  |          |

                                       Total Hours & Fees   23.25   $ 5,824.08

Photocopies                                                                 225.10
                                                          Total Expenses     $ 225.10

                                                          TOTAL THIS INVOICE     $ 6,049.18

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 433926
007700.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

December 31, 2011



Chios Enterprises, LLC
Attention: Ioulia Thomas
15362 Lincolnshire Lane
Fraser, MI 48026

Re: Johnnie Lee Carter Litigation

REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $ 5,824.08 |
| Total Expenses | $ 225.10 |
| TOTAL THIS INVOICE | $ 6,049.18 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN PLC**

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 435001
007709.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

December 31, 2011


**bodman**
ATTORNEYS & COUNSELORS

Davision & Mound Petro, Inc.
Attn: Jamal Bazzi
5944 E. Davison
Detroit, MI 48212

Re: Johnnie Lee Carter Litigation

|            |     |                                                                                                                                                                                                                                                                  | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/04/11   | MRA | Work on letter to insurance carrier tender of defense and requesting defense assignment, telephone conference with Julie and Andrew Thomas re defense strategy and demand for dismissal; telephone conference with Jamal Abazzi re Jasmine LaShawn Jones.        | 0.37  |
| 11/07/11   | MRA | Work on letter to Johnnie Lee Carter demanding dismissal of claims and prepare stipulated order re same.                                                                                                                                                         | 0.50  |
| 11/17/11   | MRA | Research False Claims Act, and work on strategy to remove to Federal Court for dismissal, and telephone conference with Julie Thomas re Mr. Carter's communications re service of process and employment of Jasmine Jones; research re Michigan detective status, and prepare e-mail to Mr. Carter. | 1.75  |

|  |  |  | HOURS |
|---|---|---|---|
| 11/17/11 | NDD | Research re False Claims Act and removal to federal court; review of complaint by Mr. Dupes in preparation for notice of removal and motion to dismiss and work on removal and motion to dismiss. | 0.75 |
| 11/18/11 | MRA | Work on removal, and telephone conference with Julie Thomas re store video and alleged communications to Subway employees. | 1.50 |
| 11/18/11 | NDD | Further work on removal under False Claims Act, general removal statute; Removal papers drafted by Mr. Dupes. | 0.50 |
| 11/21/11 | MRA | Work on removal issues, and telephone conference with Julie Thomas re discovery request served by Johnnie Lee Carter. | 0.37 |
| 11/21/11 | NDD | Research and work on motion to dismiss by Mr. Dupes. | 1.00 |
| 11/22/11 | MRA | Finalize and file removal; review discovery documents served by Plaintiff Johnnie Lee Carter, and discuss same with Julie Thomas, and work on strategy to obtain dismissal of Plaintiff's claims and protective order to stay discovery pending court's ruling on motion to dismiss. | 0.75 |
| 11/23/11 | MRA | Prepare e-mail to John Carter re addresses to serve co-defendants with removal. | 0.25 |
| 11/28/11 | MRA | Review answer to complaint filed by Jet's Pizza, and discuss defense strategy with Jet's Pizza attorney, Joseph Langlois, and report on same to Julie Thomas. | 0.38 |
| 11/28/11 | MRA | Telephone conference with Jamal Bazzi re representation of Subway Stores in response to complaint filed by Johnnie Carter; prepare joint defense agreement, and discuss pre-suit communications between Jamal Bazzi and Johnnie Carter. | 0.62 |
| 11/28/11 | MRA | Research and work on motion to dismiss, and research regarding motion for protective order. | 2.00 |
| 11/28/11 | NDD | Research by Mr. Dupes re discovery stay, cause of action under IRCA, and cause of action under FICA. | 1.75 |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 11/29/11 | MRA | Telephone conference with Jamal Bazzi re affidavit to support motion for summary disposition; prepare affidavits of Jamal Bazzi and Julie Thomas; secure e-mails from Mr. Bazzi for attachment to motion to dismiss | | 2.50 | |
| 11/29/11 | JAY | Review by Mr. Young of original complaint and original complaint in preparation for preparation of motion to dismiss; legal research by Mr. Young in preparation for the same; preparation by Mr. Young of brief in support of motion to dismiss. | | 2.50 | |
| 11/30/11 | MRA | Finalize motion to dismiss and file same with U.S. District Court, and review Plaintiff's Texas court filings re motion for protective order, and notify client of Mr. Carter's settlement demand. | | 2.00 | |

Total Hours & Fees   23.24   $ 5,824.08

Photocopies   225.10
Total Expenses   $ 225.10

TOTAL THIS INVOICE   $ 6,049.18

BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
DETROIT, MICHIGAN 48226
313-393-7579 FAX
313-259-7777

Inv #: 435001
007709.000001 MRA

FEDERAL IDENTIFICATION NO.
38-1308687

December 31, 2011



Davision & Mound Petro, Inc.
Attn: Jamal Bazzi
5944 E. Davison
Detroit, MI 48212

Re: Johnnie Lee Carter Litigation

REMITTANCE ADVICE

| | |
|---|---:|
| Total Fees | $ 5,824.08 |
| Total Expenses | $ 225.10 |
| **TOTAL THIS INVOICE** | $ 6,049.18 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.
**MAKE CHECKS PAYABLE TO BODMAN PLC**

**Taveggia, Nancy**

| | |
|---|---|
| From: | Rouse-Ayoub, Maureen |
| Sent: | Tuesday, November 22, 2011 12:59 PM |
| To: | Taveggia, Nancy |
| Subject: | FW: Pay.Gov Payment Confirmation |

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, November 22, 2011 11:34 AM
To: Rouse-Ayoub, Maureen
Subject: Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.    PLEASE DO NOT REPLY.


Transaction Summary

Application Name: MIED CM ECF
Pay.gov Tracking ID: 2551AQ5O
Agency Tracking ID: 0645-3268341
Transaction Type: Sale
Transaction Date: Nov 22, 2011 11:34:20 AM

Account Holder Name: Robert J. Diehl
Transaction Amount: $350.00
Billing Address: 1901 St. Antoine
Billing Address 2: 6th Floor at Ford Field
City: Detroit
State/Province: MI
Zip/Postal Code: 48226
Country: USA
Card Type: MasterCard
Card Number: ************7905