# EXHIBIT A

# Jameson & Langlois, P.C.
11843 E. Thirteen Mile Rd.
Warren, MI  48093

_Invoice submitted to:_                                    December 02, 2011

Yamarino, Inc.
d/b/a Jet's Pizza
10035 Joseph Campau
Hamtramck MI 48212

_In Reference To:_Johnnie Lee Carter -v- Yamarino, Inc., et al       Rate: $250.00/hour
_Invoice_ #10394

Professional Services

|  | | **Hours** |
|---|---|---|
| 11/22/2011 | Review complaint; telephone conference with plaintiff regarding lawsuit | 0.10 |
| 11/25/2011 | Review complaint (Johnnie Lee Carter -v- Yamarino, Inc.); review applicable court rules; draft answer to complaint, affirmative defenses and letter to court clerk; telephone call to Benny | 2.30 |
| 11/28/2011 | Telephone conference with attorney for one of the Subway defendants; review letter and notices filed with the federal court; telephone call to Benny | 0.60 |
| 11/29/2011 | Telephone conference with Maureen (Subway's attorney) | 0.10 |
| 11/30/2011 | Telephone conferences with Liz Cardinali, Benny, Lenny and Maureen (attorney for Subway defendants) regarding Carter -v- Yamarino matter; review and reply to emails; review various pleadings | 1.00 |

|  | | | **Amount** |
|---|---|---|---|
| | **For professional services rendered** | **4.10** | **$1,025.00** |

Additional Charges :

| 11/25/2011 | Postage - filing of answer to complaint with court and copies to plaintiff and defendants | 16.48 |
|---|---|---|
| | **Total costs** | **$16.48** |

|  | | |
|---|---|---|
| | **Total amount of this bill** | **$1,041.48** |
| | Balance due | $1,041.48 |

Payment due upon receipt of invoice.   Please call us at (586) 795-0787 if you have any questions about this invoice.

Please remit payment to:  Jameson & Langlois, P.C.
                                        11843 E. Thirteen Mile Road
                                        Warren, Michigan 48093


Thank you for allowing us the opportunity to serve you!

# Jameson & Langlois, P.C.
### 11843 E. Thirteen Mile Rd.
### Warren, MI 48093

_____

*Invoice submitted to:*                                          January 02, 2012

Yamarino, Inc.
d/b/a Jet's Pizza
10035 Joseph Campau
Hamtramck MI 48212

*In Reference To:*Johnnie Lee Carter -v- Yamarino, Inc., et al      Rate: $250.00/hour

*Invoice* #10411

### Professional Services

|  |  | Hours |
|---|---|---|
| 12/1/2011 | Review various emails from Maureen (Subway's attorney) and plaintiff Johnnie Carter; prepare Appearance, file with court, and mail to unrepresented parties | 0.70 |
| 12/2/2011 | Review various emails and pleadings; telephone conference with Benny; telephone calls to Leonard and Maureen (attorney); briefly review Maureen's motion to dismiss | 0.60 |
| 12/5/2011 | Review various emails and court filings; telephone conference with Maureen (Subway's attorney); revise and file Consent for Removal to Federal Court; research regarding several applicable statutes; draft letter to Benny | 2.30 |
| 12/6/2011 | Review various emails related to documents filed with the federal court | 0.10 |
| 12/7/2011 | Review various court filings (motions, second amended complaint, etc.); telephone conference with Maureen (Subway's attorney) | 0.50 |
| 12/8/2011 | Review various court filings and notices from the court | 0.20 |
| 12/12/2011 | Review emails and court filings; draft joinder motion for dismissal; telephone conferences with plaintiff Johnnie Lee Carter and Subway's attorney | 1.40 |
| 12/13/2011 | Finalize joinder for motion to dismiss and file with federal court | 0.40 |
| 12/14/2011 | Review various emails and filings by Plaintiff; review motions; send email to Subway's attorney | 0.40 |
| 12/17/2011 | Review various court filings by the plaintiff | 0.20 |
| 12/19/2011 | Review Motion to Remand to State Court; reply to email from Plaintiff; telephone call to Maureen (Subway's attorney) | 0.20 |

_____

Yamarino, Inc.

| | Hours |
|---|---|
| 12/20/2011 Draft response to plaintiff's motion to remand to state court; telephone conference with Maureen (Subway's attorney); review Defendant Subway's response to motion to remand; finalize response to motion to remand and file with the court | 2.30 |
| 12/21/2011 Review various motions and pleadings filed by Plainitff; review and reply to email from Maureen (Subway's attorney) | 0.90 |
| 12/22/2011 Review reply to Plaintiff's Motion to Dismiss Motion filed by Subway's attorney | 0.10 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **10.30** | **$2,575.00** |
| **Previous balance** | | **$1,041.48** |
| Balance due | | $3,616.48 |

Payment due upon receipt of invoice.   Please call us at (586) 795-0787 if you have any questions about this invoice.

Please remit payment to:  Jameson & Langlois, P.C.
11843 E. Thirteen Mile Road
Warren, Michigan 48093

Thank you for allowing us the opportunity to serve you!

# Jameson & Langlois, P.C.
### 11843 E. Thirteen Mile Rd.
### Warren, MI 48093

---

*Invoice submitted to:*                              February 01, 2012

Yamarino, Inc.
d/b/a Jet's Pizza
10035 Joseph Campau
Hamtramck MI 48212

*In Reference To:*Johnnie Lee Carter -v- Yamarino, Inc., et al      Rate: $250.00/hour

*Invoice* #10429

Professional Services

|  |  | Hours |
|---|---|---|
| 1/2/2012 | Review pleadings filed by Subway Stores' attorney; review applicable court rules regarding voluntary dismissal | 0.50 |
| 1/3/2012 | Review various documents filed by Plaintiff Carter (response to motion, etc.) | 0.10 |
| 1/9/2012 | Review notice of no action; draft letter to Benny; telephone call to Leonard | 0.30 |

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **0.90** | **$225.00** |
| **Previous balance** | | **$3,616.48** |
| 1/11/2012 Payment - thank you | | ($3,616.48) |
| **Total payments and adjustments** | | **($3,616.48)** |
| Balance due | | $225.00 |

Payment due upon receipt of invoice.   Please call us at (586) 795-0787 if you have any questions about this invoice.

Please remit payment to:  Jameson & Langlois, P.C.
                          11843 E. Thirteen Mile Road
                          Warren, Michigan 48093

Thank you for allowing us the opportunity to serve you!

# Jameson & Langlois, P.C.
11843 E. Thirteen Mile Rd.
Warren, MI 48093

---

*Invoice submitted to:*                                          March 01, 2012

Yamarino, Inc.
d/b/a Jet's Pizza
10035 Joseph Campau
Hamtramck MI 48212

*In Reference To:*Johnnie Lee Carter -v- Yamarino, Inc., et al          Rate: $250.00/hour

*Invoice #10451*

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/13/2012 | Review court docket; draft letter to Benny | 0.30 | |
| 3/1/2012 | Review Opinion and Order from the court; draft letter to Benny | 0.40 | |
| | **For professional services rendered** | **0.70** | **$175.00** |
| | **Previous balance** | | **$225.00** |
| | Balance due | | $400.00 |

Payment due upon receipt of invoice.   Please call us at (586) 795-0787 if you have any questions about this invoice.

Please remit payment to:  Jameson & Langlois, P.C.
                          11843 E. Thirteen Mile Road
                          Warren, Michigan 48093

Thank you for allowing us the opportunity to serve you!