UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE LEE CARTER,

      Plaintiff,

v.

SUBWAY STORE #6319, SUBWAY
STORE #41985, SUBWAY STORE #45476,
JET'S PIZZA, DOMINIQUE LATRELL
THOMAS, and JASMINE LASHAWN JONES,

      Defendants.
_____/

Case No. 11-15158

Honorable Patrick J. Duggan

## JUDGMENT

Johnnie Lee Carter ("Plaintiff") filed this *pro se* action pursuant to the False Claims Act, 31 U.S.C. § 3701 *et seq.*, alleging that Defendants Chios Enterprises, L.L.C. (captioned Subway Store #6319), Davision & Mound Petro, Inc. (captioned Subway Store #41985), and Eastern Mini Mart, Inc. (captioned Subway Store #45476) conspired to violate federal laws relating to the payment of taxes. On February 29, 2012, the Court entered an Opinion and Order dismissing the claims against these defendants. Because the Court concluded that Plaintiff filed his action in bad faith, the Court awarded these defendants their reasonable attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d)(4), in the amount of Twenty-Seven Thousand One Hundred Fifty-Seven Dollars ($27,157).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Chios Enterprises,

L.L.C., Davision & Mound Petro, Inc., and Eastern Mini Mart, Inc. shall recover from Plaintiff Johnnie Lee Carter the amount of **Twenty-Seven Thousand One Hundred Fifty-Seven Dollars ($27,157).**

Dated: June 25, 2012

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan A. Young, Esq.
Maureen Rouse-Ayoub, Esq.
Joseph L. Langlois, Esq.

Johnnie Lee Carter
12273 Moran Street
Detroit, MI 48212