UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE LEE CARTER,

        Plaintiff,

                                Case No. 11-15158

v.

                                Honorable Patrick J. Duggan

SUBWAY STORE #6319, SUBWAY
STORE #41985, SUBWAY STORE #45476,
JET'S PIZZA, DOMINIQUE LATRELL
THOMAS, and JASMINE LASHAWN JONES,

        Defendants.
_____/

## **JUDGMENT**

      Johnnie Lee Carter ("Plaintiff") filed this *pro se* action pursuant to the False

Claims Act, 31 U.S.C. § 3701 *et seq.*, alleging that Defendants Chios Enterprises, L.L.C.

(captioned Subway Store #6319), Davision & Mound Petro, Inc. (captioned Subway Store

#41985), and Eastern Mini Mart, Inc. (captioned Subway Store #45476) conspired to

violate federal laws relating to the payment of taxes.  On February 29, 2012, the Court

entered an Opinion and Order dismissing the claims against these defendants.  Because

the Court concluded that Plaintiff filed his action in bad faith, the Court awarded these

defendants their reasonable attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d)(4),

in the amount of Twenty-Seven Thousand One Hundred Fifty-Seven Dollars ($27,157).

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Chios Enterprises,

L.L.C., Davision & Mound Petro, Inc., and Eastern Mini Mart, Inc. shall recover from

Plaintiff Johnnie Lee Carter the amount of **Twenty-Seven Thousand One Hundred**

**Fifty-Seven Dollars ($27,157).**


Dated: June 25, 2012                         s/PATRICK J. DUGGAN
                                             UNITED STATES DISTRICT JUDGE


Copies to:

Jonathan A. Young, Esq.
Maureen Rouse-Ayoub, Esq.
Joseph L. Langlois, Esq.

Johnnie Lee Carter
12273 Moran Street
Detroit, MI 48212